**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| BRANCH'S RANCH, INC., a Florida Resident, individually and as the representative of a class of similarly-situated persons,<br><br>      Plaintiff,<br><br>vs.<br><br>DIRECT GENERAL INSURANCE COMPANY, an Indiana Corporation, DIRECT GENERAL INSURANCE AGENCY, INC., DIRECT GENERAL CORPORATION, DIRECT ADMINISTRATION, INC., Tennessee corporations, DIRECT NATIONAL INSURANCE COMPANY, an Arkansas corporation, and JOHN DOES 1-10,<br><br>      Defendants. | Case 8:16-cv-00590-JDW-AEP |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Branch's Ranch, Inc. and Defendants Direct General Insurance Company, Direct General Insurance Agency, Inc., Direct General Corporation, Direct Administration, Inc. and Direct National Insurance Company, hereby jointly give written notice to the Court that the parties have reached a settlement in this case that will resolve all of the issues raised in this dispute and dispose of this entire action.  Counsel for Defendants provided oral notice of the settlement to the Court's Deputy Clerk on June 15, 2016.  The parties are in the process of finalizing the settlement agreement and other documentation required to effectuate the settlement.  The parties anticipate filing a Stipulation of Dismissal with Prejudice once the settlement has been finalized, within the next thirty days.

DATED:  June 22, 2016  Respectfully submitted,

**LOCKE LORD LLP**

By:  /s/ Keith L. Gibson
Martin W. Jaszczuk (*Admitted Pro Hac Vice*)
Keith L. Gibson (*Admitted Pro Hac Vice*)
111 South Wacker Drive
Chicago, IL  60606
Phone:  312-443-0700
Fax:  312-443-0336
*mjaszczuk@lockelord.com*
*kgibson@lockelord.com*

 and

Elizabeth J. Campbell
Florida Bar No. 27916
Locke Lord LLP
525 Okeechobee Blvd.,  Suite 1600
West Palm Beach, FL 33401
Phone:  404-870-4679
Fax:  404-806-5679
*ecampbell@lockelord.com*

*Attorneys for Defendants Direct General Insurance Company, Direct General Insurance Agency, Inc., Direct General Corporation, Direct Administration, Inc., and Direct National Insurance Company*

By:  /s/ Brian Wanca
Brian Wanca
Ryan M. Kelly
Ross Good
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501
rkelly@andersonwanca.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of June, 2016, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** by using the CM/ECF system, and served a copy of the foregoing via transmission of a Notice of Electronic Filing generated by CM/ECF, to:

Brian Wanca
Ryan M. Kelly
Ross Good
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501
rkelly@andersonwanca.com
*Attorneys for Plaintiff*

/s/      Keith L. Gibson
Martin W. Jaszczuk (*Admitted Pro Hac Vice*)
Keith L. Gibson (*Admitted Pro Hac Vice*)
111 South Wacker Drive
Chicago, IL  60606
Phone:  312-443-0700
Fax:  312-443-0336
*mjaszczuk@lockelord.com*
*kgibson@lockelord.com*

*and*

Elizabeth J. Campbell
Florida Bar No. 27916
Locke Lord LLP
525 Okeechobee Blvd.,  Suite 1600
West Palm Beach, FL 33401
Phone:  404-870-4679
Fax:  404-806-5679
*ecampbell@lockelord.com*

*Attorneys for Defendants Direct General Insurance Company, Direct General Insurance Agency, Inc., Direct General Corporation, Direct Administration, Inc., and Direct National Insurance Company*